Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Peter D. Navarro, Bar No. 10168
peter.navarro@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA MARTINEZ,<br><br>         Plaintiff,<br><br>   v.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; Does I-X, Roe Corporations I-X,<br><br>         Defendants. | Case No. 2:14-cv-00174-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 15th day of January, 2015.

KEMP & KEMP, ATTORNEYS AT LAW            JACKSON LEWIS P.C.

  /s/ James P. Kemp                                            /s/ Elayna J. Youchah
James P. Kemp, Bar No. 6375                       Elayna J. Youchah, Bar No. 5837
7435 West Azure Drive, Suite 110                 Peter D. Navarro, Bar No. 10168
Las Vegas, Nevada 890130                            3800 Howard Hughes Parkway, Ste. 600
                                                                       Las Vegas, Nevada 89169
*Attorneys for Plaintiff*                                    *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED : January 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

JACKSON LEWIS P.C.
LAS VEGAS